FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 2:22-MC-0030-SAB |
| WILLIAM THOMAS HANSEN, | ORDER CLOSING FILE<br>(Non-Disciplinary) |
| Lawyer. | |

On September 7, 2022, the District Court Executive/Clerk of Court mailed to Attorney William Thomas Hansen an Order to Show Cause, which directed him to explain why he should not be suspended by this Court for failure to comply with the 2022 Washington State Bar licensing requirements at ECF No. 2. The Court confirmed his membership status has been changed to *Active* on the Washington State Bar Association's public website. The Court has reviewed the record and files herein, and is fully informed.

**ACCORDINGLY, IT IS ORDERED:**

1. The Court has reviewed the file in this matter and is fully informed. Mr. Hansen has paid his 2022 licensing fee; therefore, this Court will not proceed with further discipline.

2. The District Court Executive is directed to send a copy of this Order to Mr. Hansen and CLOSE this file.

    **DATED** this 15th day of July, 2024.

_____
STANLEY A BASTIAN
Chief United States District Judge

ORDER OF SUSPENSION ~ 1

# CERTIFICATE OF SERVICE

I hereby certify that I served said attorney with the Order of Suspension using the following methods on July 15, 2024

☒ Service by ECF email account; and

☒ First Class mail to the public mailing address listed in the Washington State Bar Association's Lawyer Directory:

    William Thomas Hansen
    92 Lenora Street
    Suite 119
    Seattle, WA 98121

Signature: _____

Date: July 15, 2024

ORDER OF SUSPENSION ~ 2